AO 442 (Rev. 01/09) Arrest Warrant

# United States District Court
for the
Western District of New York

| United States of America | ) | (SEALED) |
| v. | ) | Case No. 13-CR- |
| STEVEN BENNETT a/k/a Stevo | ) | |
| *Defendant* | | |

**13 CR 17**

FILED MAR 6 - 2013 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF NY

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay **Steven Bennett**, who is accused of an offense or violation based on the following document filed with the Court.

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846: the defendant did knowingly, willfully and unlawfully combine, conspire and agree together and with others, known and unknown, to possess with intent to distribute, and to distribute, 50 grams or more of methamphetamine, a Schedule II controlled substance, and 500 grams or more of a mixture and substance containing cocaine.

18 U.S.C. §1956: the defendant did knowingly, willfully and unlawfully combine, conspire and agree together and with others, to knowingly conduct financial transactions affecting interstate commerce, the deposit and withdrawal of monetary instruments, namely, United States currency.

Date: **JAN 1 7 2013**

*Issuing officer's signature*

MICHAEL J. ROEMER
CLERK OF THE COURT
*Printed name and title*

City and state:   Buffalo, New York

### Return

This warrant was received on (date) 01.17.2013, and the person was arrested on (date) 01.18.2013
at (city and state) Buffalo, NY.

Date: 01.18.2013

*Arresting officer's signature*

*Printed name and title*